UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALMIKI RAMANI,<br><br>        Plaintiff,<br><br>-against-<br><br>NIKI RANDAWA HALEY, FORMER REPUBLICATION PRESIDENTIAL CANDIDATE,<br><br>        Defendant. | 24cv5747 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 21, 2024, order, this action is dismissed. The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 22, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge